SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
JEREMY HOLLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA MARKET LIQUOR, INC.; LHL INVESTMENTS GROUP, LLC; LHL INVESTMENTS, A PARTNERSHIP; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:20-cv-11252 JFW (JEMx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff JEREMY HOLLAND ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement and dismiss the entire action with prejudice.

Dated: August 03, 2021          SO. CAL. EQUAL ACCESS GROUP


                                By:   */s/ Jason J. Kim*
                                      Jason J. Kim, Esq.
                                      Attorneys for Plaintiff