**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JEREMY HOLLAND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PLAZA MARKET LIQUOR, INC.;<br>LHL INVESTMENTS GROUP, LLC;<br>LHL INVESTMENTS, A PARTNERSHIP; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:20-cv-11252 JFW (JEMx)**<br>Hon. John F. Walter<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT & DISMISS THE CASE** |

WHEREAS, Plaintiff and Defendant LHL INVESTMENTS, A PARTNERSHIP ("Defendant") (collectively "Parties") have agreed to settle the claims made by Plaintiff. Plaintiff has considered such matters and has agreed to relieve Defendant from the default judgment and requests the court vacates the default judgment entered on August 02, 2021 so that Plaintiff can dismiss the case against Defendant in light of the settlement.

Pursuant to the Federal Rules of Civil Procedure, attorneys for Plaintiff and Defendant stipulate and jointly request that the default entered on Defendant be set aside and for the Court to dismiss the case with prejudice so that the parties can complete their settlement.

1

DATED: August 03, 2021    **LEWIS BRISBOIS**

By: */s/ Stephen E. Abraham*
Stephen E. Abraham,
Attorney for Defendant,
LHL INVESTMENTS, A PARTNERSHIP

Plaintiff consents to an order setting aside the default and dismissal of the entire action with prejudice.

DATED:  August 03, 2021    SO. CAL. EQUAL ACCESS GROUP

By:    */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 03, 2021    By: */s/ Jason J. Kim*
Jason J. Kim