Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PLAZA MARKET LIQUOR, INC.; LHL INVESTMENTS GROUP, LLC; LHL INVESTMENTS, A PARTNERSHIP,<br><br>　　　　Defendants. | **Case No.: 2:20-cv-11252 JFW (JEMx)**<br><br>Hon. John F. Walter<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT AND DISMISSING THE CASE** |

Based on the stipulation of the parties and for good cause shown:

GOOD CAUSE APPEARING, the default judgment entered against Defendant LHL INVESTMENTS, A PARTNERSHIP is set aside.  IT IS FURTHER ORDERED that the above-entitled action is ordered dismissed pursuant to the stipulation of the Parties.

Dated: August 3, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1
ORDER